

# Fourth Court of Appeals

### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00303-CV

**IN RE** Alma L. **TREVINO** and Chmijoca, Inc.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed: May 27, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On May 15, 2015, relators Alma L. Trevino and Chmijoca, Inc. filed a petition for writ of mandamus complaining of the trial court's order excluding the testimony of an expert witness. The court has considered the petition for writ of mandamus and is of the opinion that relators have not established they are entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2006CI13937, styled *Alma Leticia Trevino and Chmijoca, Inc. v. Joe A. Gamez*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel Jr. presiding.